IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DSM IP ASSETS, B.V.; DSM PURITY, B.V.; DSM BIOMEDICAL, B.V.; & DSM BIOMEDICAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HONEYWELL INTERNATIONAL, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 23-675 (WCB) |

## **DEFENDANT'S MOTION TO DISMISS**

Defendant Honeywell International Inc. moves the Court under Fed. R. Civ. P. 12(b)(6) to dismiss Plaintiffs DSM IP Assets B.V., DSM Purity, B.V., DSM Biomedical, B.V., and DSM Biomedical, Inc.'s Complaint (D.I. 1) with prejudice. The grounds for this Motion to Dismiss are more fully set forth in Defendant's accompanying Opening Brief in Support.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

OF COUNSEL:

S. Benjamin Pleune
M. Scott Stevens
Lauren N. Griffin
Matthew M. Turk
Erin Beaton
ALSTON & BIRD LLP
1120 South Tryon Street
Suite 300
Charlotte, NC  28203-6818
(704) 444-1000

August 28, 2023

Rodger D. Smith II (#3778)
Benjamin Yenerall (#7132)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19801
(302) 658-9200
rsmith@morrisnichols.com
byenerall@morrisnichols.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 28, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esq.<br>Cortlan S. Hitch, Esq.<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Erick J. Palmer, Esq.<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Joseph A. Mahoney, Esq.<br>Cecilia G. Rambarat, Esq.<br>MAYER BROWN LLP<br>300 South Tryon Street<br>Suite 1800<br>Charlotte, NC 28202<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)