# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DSM IP ASSETS, B.V.; DSM PURITY, B.V.; DSM BIOMEDICAL, B.V.; & DSM BIOMEDICAL, INC.,<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HONEYWELL INTERNATIONAL, INC.,<br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 23-675 (WCB)<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(1) & 12(B)(6) OR ALTERNATIVELY TO BIFURCATE AND STAY THE COUNTERCLAIMS

Plaintiffs DSM IP Assets, B.V. ("DSM IP"), DSM Purity, B.V. ("DSM Purity"), DSM Biomedical, B.V. ("DBM BV") and DSM Biomedical, Inc. ("DBM Inc.") (collectively, "DSM") respectfully move this Court to dismiss the counterclaims pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure or alternatively to bifurcate and stay the counterclaims pending the resolution of DSM's infringement claims. The grounds for the instant motion are fully set forth in DSM's opening brief in support of the instant motion, filed concurrently herewith.

WHEREFORE, DSM respectfully requests that this Court grant its motion and enter an order in the form attached hereto.

Dated: January 11, 2024

   /s/ Cortlan S. Hitch
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorney for Attorneys for Plaintiffs
DSM IP Assets, B.V.; DSM Purity, B.V.;
DSM Biomedical, B.V., and
DSM Biomedical Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DSM IP ASSETS, B.V.; DSM PURITY, B.V.; DSM BIOMEDICAL, B.V.; & DSM BIOMEDICAL, INC., <br> Plaintiffs, <br><br> v. <br><br> HONEYWELL INTERNATIONAL, INC., <br> Defendant. | C.A. No. 23-675 (WCB) <br><br> **JURY TRIAL DEMANDED** |

### [PROPOSED] ORDER

Having considered Plaintiffs DSM IP Assets, B.V. ("DSM IP"), DSM Purity, B.V. ("DSM Purity"), DSM Biomedical, B.V. ("DBM BV") and DSM Biomedical, Inc. ("DBM Inc.") (collectively, "DSM") Motion to Dismiss the Counterclaims Under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) or Alternatively to Bifurcate and Stay the Counterclaims, and the Court having considered the papers filed in support of and in opposition to the Motion, the Court hereby ORDERS that:

DSM's Motion to Dismiss Honeywell International, Inc.'s Counterclaims is GRANTED

[OR]

DSM's Motion to Bifurcate and Stay Honeywell International, Inc.'s Counterclaims pending the resolution of DSM's infringement claims is GRANTED.

SO ORDERED this ___ day of _____, 2024

_____
United States District Court Judge